IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MOSES JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-PT-1520-E |
| SHERIFF AMBERSON and CALHOUN COUNTY, | ) |
| Defendants. | ) |

ENTERED
SEP - 9 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 19, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on July 23, 2002.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b).

---

[1] In his objections, the plaintiff requests assistance in properly stating a claim for relief. However, the judges and clerks of the court are prohibited from providing legal advice. 28 U.S.C. § 955 and 28 U.S.C. § 454.

Additionally, the court lacks jurisdiction under 28 U.S.C. § 1332 to hear the plaintiff's state law tort claim. A Final Judgment will be entered.

DATED this 6 day of Sept., 2002.

*Robert B. Propst*
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE